# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

DANIEL MORALES )
)
)
)
_____ )
*Petitioner* )
)
v. ) Case No. _____
)     *(Supplied by Clerk of Court)*
PLYMOUTH COUNTY CORRECTIONAL )
and DEPARTMENT OF HOMELAND SECURITY )
)
_____ )
*Respondent*
*(name of warden or authorized person having custody of petitioner)*

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

### Personal Information

1. (a) Your full name: DANIEL MORALES
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: PLYMOUTH COUNTY CORRECTIONAL
   (b) Address: 26 LONG POND RD. PLYMOUTH, MA 02360

   (c) Your identification number: 242184887
3. Are you currently being held on orders by:
   ☑ Federal authorities    ☐ State authorities    ☐ Other - explain:

4. Are you currently:

   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
      If you are currently serving a sentence, provide:
         (a) Name and location of court that sentenced you: _____

         (b) Docket number of criminal case: _____
         (c) Date of sentencing: _____
   ☑ Being held on an immigration charge
   ☐ Other *(explain)*: _____

### Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

☐ Pretrial detention
☑ Immigration detention
☐ Detainer
☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
☐ Disciplinary proceedings
☐ Other *(explain)*: _____

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: EOIR- Immigration Court, Chelmsford, MA 50 Apollo Drive, Suite 100. Chelmsford, MA 01824
   (b) Docket number, case number, or opinion number: 242184887
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*: Denial of Bond (bail)- The Immigration Judge determined that I am an "applicant for admission" and therefore, the Immigration Court, has no jurisdiction to consider my bond application. This effectively means my indefinite detention. Even though I have lived in the USA for 20 years, I have US citizen children, a job, and multiple family members and friends in the USA
   (d) Date of the decision or action: September 11, 2025

### Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes       ☑ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: _____
       (2) Date of filing: _____
       (3) Docket number, case number, or opinion number: _____
       (4) Result: _____
       (5) Date of result: _____
       (6) Issues raised: _____

   (b) If you answered "No," explain why you did not appeal: An appeal to the Board of Immigration Appeals is futile since BIA has recently changed the interpretation of "applicant for admission" to now apply to me which means I am subject to indefinite mandatory detention: Matter of YAJURE-HURTADO, 29 I&N Dec. 216 (BIA 2025) This new decision violates longstanding Immigration Court practice as well as well the US Constitution and Zadvydas v. Davis 533 U.S. 678

8. **Second appeal**
   After the first appeal, did you file a second appeal to a higher authority, agency, or court?
   ☐ Yes       ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a second appeal:
An appeal to the Board of Immigration Appeals is futile since BIA has recently changed the interpretation of "applicant for admission" to now apply ~~to me which means I am subject to indefinite mandatory detention: Matter of YAJURE HURTADO, 29 I&N Dec. 216 (BIA 2025)~~ This new decision violates longstanding Immigration Court practice as well as well the US Constitution and Zadvydas v. Davis 533 U.S. 678

9. **Third appeal**

After the second appeal, did you file a third appeal to a higher authority, agency, or court?

☐ Yes    ☑ No

(a) If "Yes," provide:

    (1) Name of the authority, agency, or court: _____

    (2) Date of filing: _____
    (3) Docket number, case number, or opinion number: _____
    (4) Result: _____
    (5) Date of result: _____
    (6) Issues raised: _____

(b) If you answered "No," explain why you did not file a third appeal:
An appeal to the Board of Immigration Appeals is futile since BIA has recently changed the interpretation of "applicant for admission" to now apply ~~to me which means I am subject to indefinite mandatory detention: Matter of YAJURE HURTADO, 29 I&N Dec. 216 (BIA 2025)~~ This new decision violates longstanding Immigration Court practice as well as well the US Constitution and Zadvydas v. Davis 533 U.S. 678

10. **Motion under 28 U.S.C. § 2255**

In this petition, are you challenging the validity of your conviction or sentence as imposed?

☐ Yes    ☑ No

If "Yes," answer the following:

(a)    Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?
    ☐ Yes    ☐ No

If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?
☐ Yes            ☑ No
If "Yes," provide:
(1) Name of court:
(2) Case number:
(3) Date of filing:
(4) Result:
(5) Date of result:
(6) Issues raised:

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence:

11. **Appeals of immigration proceedings**
Does this case concern immigration proceedings?
☑ Yes            ☐ No
If "Yes," provide:
(a) Date you were taken into immigration custody: August 25, 2025,
(b) Date of the removal or reinstatement order: -none-
(c) Did you file an appeal with the Board of Immigration Appeals?
☐ Yes            ☑ No

If "Yes," provide:
(1) Date of filing: _____
(2) Case number: _____
(3) Result: _____
(4) Date of result: _____
(5) Issues raised: _____

(d) Did you appeal the decision to the United States Court of Appeals?
☐ Yes       ☒ No
If "Yes," provide:
(1) Name of court: _____
(2) Date of filing: _____
(3) Case number: _____
(4) Result: _____
(5) Date of result: _____
(6) Issues raised: _____

12. **Other appeals**
Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?
☐ Yes       ☒ No
If "Yes," provide:
(a) Kind of petition, motion, or application: _____
(b) Name of the authority, agency, or court: _____
(c) Date of filing: _____
(d) Docket number, case number, or opinion number: _____
(e) Result: _____
(f) Date of result: _____
(g) Issues raised: _____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**Grounds for Your Challenge in This Petition**

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**GROUND ONE:** Violation of Clear Congressional Delegation

Both INA § 236(a) and 8 C.F.R. §1236.1(d) explicitly delegate authority to Immigration Judges to "release the alien, and determine the amount of bond, if any". By refusing to exercise jurisdiction, the Immigration Judge's ruling is in direct contradiction to the statutes and violates basic principles of statutory interpretation.

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Immigration Judge determined that I am an "applicant for admission" and therefore, the Immigration Court, has no jurisdiction to consider my bond application. This effectively means that the Immigration Judge will not even consider my bond application and I will be detained indefinitely.

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND TWO:** Failure to Apply Constitutional Avoidance

The Immigration Judge and the BIA have failed to choose an interpretation that avoids serious constitutional problems. In Zadvydas v. Davis, the Supreme Court applied this principle to avoid indefinite detention by reading implicit time limits into detention statutes

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

The Immigration Judge refuses to exercise jurisdiction and has followed an erroneous BIA decision to the effect that I should be considered an "applicant for admission" and therefore, the Immigration Court, has no jurisdiction to consider my bond application. This effectively means my indefinite detention even though I have lived in the USA for 20 years,

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND THREE:** Creation of Indefinite Detention Without Due Process

The judge's ruling means I will be permanently detained without hearings

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

- I lived in the U.S. peacefully for 20+ years
- ~~Many~~ children are US citizens, one of whom is very ill with a kidney transplant.
- I have a job, and am the sole breadwinner in our home
- I have strong community ties
- my wife just had a kidney transplant last week.

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes   ☒ No

**GROUND FOUR:** _____

_____
_____
_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes  ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____
_____
_____

## Request for Relief

15. State exactly what you want the court to do: _____
Please release me on reasonable terms so that I can effectively continue to pursue my Immigration applications

_____
_____
_____

AO 242 (Rev. 09/17) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system: _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: 9/11/2025

Signature of Petitioner: *Daniel Morales*

Signature of Attorney or other authorized person, if any: _____